**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2313**

ALBERT LITTLEJOHN,

Plaintiff - Appellant,

v.

OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC: (as Servicer); ALTISOURCE PORTFOLIO SOLUTIONS, S.A. LINDA M. MCCAULEY - INDIVIDUALLY AND D/B/A REALHOME SERVICES AND SOLUTIONS INC.; ACE SECURITIES CORPORATION: (as Depositor) ACE SECURITIES CORP., HOME EQUITY LOAN TRUST, SERIES 2006-FM-1, ASSET BACKED PASS-THROUGH CERTIFICATES (as Trust); WELLS FARGO BANK, NATIONAL ASSOCIATION, NATIONAL BANKING ASSOCIATION (as Master Servicer, Securities Administrator); HSBC BANK USA, NATIONAL ASSOCIATION (as Trustee and Supplemental Interest Trustee); LAW OFFICES OF FRIEDMAN & MACFADYEN, P.A. AND KENNETH J. MACFADYEN - SUBSTITUTE TRUSTEE & INDIVIDUALLY, JAMES J. LOFTUS - SUBSTITUTE TRUSTEE & INDIVIDUALLY, LISA BLADES SUBSTITUTE TRUSTEE & INDIVIDUALLY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS); AND JOHN DOES (INVESTORS) 1-10,000, et al.,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. J. Frederick Motz, Senior District Judge. (8:12-cv-01383-JFM)

Submitted: February 22, 2013          Decided: March 15, 2013

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Albert Littlejohn, Appellant Pro Se. Christopher Michele Corchiarino, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland; Joshua Tropper, BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, Atlanta, Georgia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Littlejohn seeks to appeal the district court's order granting defendants' motion to dismiss his complaint for failure to state a claim upon which relief can be granted. See Fed. R. Civ. P. 12(b)(6). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on September 11, 2012. The notice of appeal was filed on October 19, 2012. Because Littlejohn failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal and deny his motion for judicial notice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

3